■ JAMES WOODSON v. NEW YORK CITY HOUSING AUTHORITY.— Motion to dismiss appeal granted, unless the appellant procures the appellant's points to be served and filed on or before August 9, 1960, with notice of argument for

September 1960 Term of this court, said appeal to be argued or submitted when reached. The respondent is awarded $10 costs of this motion. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.